IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **RED CARPET STUDIOS DIVISION OF SOURCE ADVANTAGE LTD.** ) ) ) | |
| ) | Case No. 1:12-cv-00501 |
| Plaintiff, ) | |
| v. ) | |
| ) | Judge: Spiegel |
| **MIDWEST TRADING GROUP INC.,** *et al.* ) ) ) | |
| Defendants. ) _____ ) | |

## PLAINTIFF'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Plaintiff, Red Carpet Studios Division of Source Advantage Ltd., makes the following disclosure:

1. Plaintiff is not a subsidiary or affiliate of a publicly owned corporation.

2. There is no publicly owned corporation, not a party to this action,

   that has a financial interest in the outcome.

|  |  |
|---|---|
|  | Respectfully submitted, RED CARPET STUDIOS DIVISION OF SOURCE ADVANTAGE LTD. |
| Dated: July 5, 2012 | *s/ Paul J. Linden* Thomas J. Burger (0037338) tburger@whe-law.com Paul J. Linden (0083699) plinden@whe-law.com Jason D. Sopko (0080802) jsopko@whe-law.com WOOD, HERRON & EVANS, L.L.P. 441 Vine Street, 2700 Carew Tower Cincinnati, Ohio 45202-2917 Telephone:     (513) 241-2324 Facsimile:      (513) 241-6234 |
|  | ***Attorneys for Plaintiff - Red Carpet Studios Division of Source Advantage Ltd.*** |

1