IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| RED CARPET STUDIOS DIVISION OF SOURCE ADVANTAGE, LTD., | : | CASE NO. 1:12-cv-00501-MRB |
| | : | (Judge Michael R. Barrett) |
| Plaintiff, | | (Magistrate Judge Karen L. Litkovitz) |
| | : | |
| v. | | |
| | : | |
| MIDWEST TRADING GROUP, INC., et al., | | AGREED ORDER FOR RELEASE |
| | : | OF CASH BOND |
| Defendants. | | |

On July 22, 2021 pursuant to Fed. R. Civ. P. 62(b), S.D. Ohio Civ. R. 77.2(a), and this Court's Order (Doc. No. 134), Defendants deposited with this Court a cash bond of $778,000 to stay the judgment entered on March 31, 2021 (Doc. No. 116) pending appeal.  This Court's order staying the judgment stated that "Plaintiff may recover the Cash from the Court upon filing a notice with this Court which indicates that the Court of Appeals for the Federal Circuit has affirmed the Judgment, or that the Defendants' appeal is not longer viable." (Doc. No. 133).  The parties have now informed the Court that the appeal has been resolved, and the parties agree that Plaintiff may recover the principal amount of the cash bond amount of $778,000.  All interest that has accrued above the principal amount of the cash bond shall be paid to Midwest Trading Group.

Therefore, IT IS ORDERED that the clerk shall release the cash bond amount of $778,000 to Plaintiff, with all accrued interest being paid to Midwest Trading Group.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael R. Barrett*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

AGREED:

| | |
|---|---|
| /s/ Thomas J. Burger | /s/ Erin E. Rhinehart |
| Thomas J. Burger (0037338) | Erin E. Rhinehart (0078298) |
| John P. Davis (0073446) | Donald E. Burton (0040553) |
| WOOD, HERRON & EVANS, L.L.P. | Stephen A. Weigand (0083573) |
| 441 Vine Street, Suite 2700 | FARUKI PLL |
| Cincinnati, Ohio 45202-2917 | 201 East Fifth Street, Suite 1420 |
| Telephone: (513) 241-2324 | Cincinnati, Ohio  45202 |
| Telecopier: (513) 241-6234 | Telephone:  (513) 632-0300 |
| Email:  tburger@whe-law.com | Telecopier:  (513) 632-0319 |
|          jdavis@whe-law.com | Email: erhinehart@ficlaw.com |
| | dburton@ficlaw.com |
| Attorneys for Plaintiff Red Carpet | sweigand@ficlaw.com |
| Studios Division of Source Advantage, Ltd. | |
| | Attorneys for Defendant |
| | Midwest Trading Group, Inc. |

/c/ Charles A. Koenig
Charles A. Koenig (0018358)
KOENIG & LONG, LLC
5354 North High Street
Columbus, OH 43214
Telephone: (614) 454-5010
Telecopier: (614) 454-5030
Email: ckoenig@klattorneys.com

Attorneys for Defendants CVS Pharmacy Inc. and Walgreens Co.